UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN REDDEN, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:23-cv-00050 |
| THOMAS LAFFERTY, OVERTON COUNTY, | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 21). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE